UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GATEWAY ONE LENDING & FINANCE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HANIN MOTOR GROUP, INC., a California corporation; and HYON CHOI, an individual,<br><br>Defendants. | Case No.  5:13-cv-04386 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiff having advised that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before January 31, 2014**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **February 11, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Plaintiff shall also file a statement in response to this Order to Show Cause no later than **February 4, 2014**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement in response to this

1  Order.

2  **SO ORDERED**.

3  Dated:  December 3, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-04386-HRL Notice has been electronically mailed to:

2  Adam Andrew Hutchinson     aah@severson.com, gee@severson.com

3  David Allan Berkley     db@severson.com, dee@severson.com

3